# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No. 5:20-CV-00524-FL

| | |
|---|---|
| JAMES BLACKMON, by and through his GUARDIAN OF THE ESTATE, PAUL TRUETT CANADY, II,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES HOLDER, in his individual capacity, ANDREW MUNDAY, in his individual capacity, and THE CITY OF RALEIGH,<br><br>    Defendants. | **DEFENDANT JAMES HOLDER'S MOTION TO DISMISS** |

NOW COMES Defendant James Holder ("Holder"), in his individual capacity, through counsel, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and hereby moves the Court for entry of an Order dismissing all of Plaintiff's claims asserted against him in the Plaintiff's Complaint (D.E. 1). Plaintiff's Complaint fails to state a claim upon which relief may be granted for the following reasons, *inter alia*:

1. Plaintiff's federal and state claims are barred by N.C. Gen. Stat. § 1-52(16), North Carolina's statute of repose;

2. Counts I, II and III of Plaintiff's Complaint are barred by the *Rooker-Feldman* doctrine;

3. All of Plaintiff's claims alleged against Holder, including Counts I, II, and III of Plaintiff's Complaint, are barred by qualified immunity;

4. Plaintiff's Claims brought directly under the North Carolina Constitution should be dismissed because Plaintiff has adequate remedies at state law; and

5. There is no cognizable obstruction of justice claim in North Carolina and Plaintiff's civil conspiracy claim is barred by the intracorporate conspiracy doctrine.

Pursuant to E.D.N.C. Local Civil Rules 7.1 and 7.2, an accompanying memorandum of law is filed contemporaneously herewith.

WHEREFORE, Defendant James Holder respectfully requests that the Court issue an Order dismissing the Plaintiff's Complaint in its entirety, and with prejudice.

Respectfully submitted this 23rd day of December, 2020.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
        danielpeterson@parkerpoe.com

*Attorneys for Defendant James Holder*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **Defendant James Holder's Motion to Dismiss** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

Sonya Pfeiffer
David S. Rudolf
RUDOLF WIDENHOUSE
225 E. Worthington Avenue, Suite 100
Charlotte, NC  28203
Email:  spfeiffer@rudolfwidenhouse.com
Email:  dsrudolf@rudolfwidenhouse.com

*Counsel for Plaintiff*

Rachel E. Keen
Sonny S. Haynes
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Email:  rachel.keen@wbd-us.com
Email:  sonny.haynes@wbd-us.com

*Counsel for Defendant Andrew Munday*

Dorothy V. Kibler
CITY OF RALEIGH ATTORNEY'S OFFICE
P.O. Box 590
Raleigh, NC  27602
Email:  dorothy.kibler@raleighnc.gov

Norwood P. Blanchard, III
CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC
5002 Randall Parkway
Wilmington, NC  28403
Email:  norwood@cmclawfirm.com

*Counsel for Defendant City of Raleigh*

This the 23rd day of December, 2020.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
         danielpeterson@parkerpoe.com

*Attorneys for Defendant James Holder*