IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-CV-00524-FL

| | |
|---|---|
| JAMES BLACKMON, a/k/a Jimmy Andrew Underwood, by and through his GUARDIAN OF THE ESTATE, PAUL TRUETT CANADY, II,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES HOLDER, in his individual capacity, ANDREW MUNDAY, in his individual capacity, and THE CITY OF RALEIGH,<br><br>　　　　　　　Defendants. | **DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY** |

Pursuant to Rules 7.1(f) of the Local Civil Rules of Practice and Procedure for the United States District Court for the Eastern District of North Carolina, Defendants James Holder, Andrew Munday, and the City of Raleigh, by and through counsel, respectfully submit that, based on the materials appended to that motion, they do not oppose the relief sought in the Plaintiff's Suggestion of Death and Motion for Substitution of Party (D.E. 57).

Respectfully submitted, this the 1st day of April, 2022.

　　　　　　　　　　　　　　　　　　/s/ Jason R. Benton
　　　　　　　　　　　　　　　　　　Jason R. Benton
　　　　　　　　　　　　　　　　　　N.C. State Bar No. 27710
　　　　　　　　　　　　　　　　　　Daniel E. Peterson
　　　　　　　　　　　　　　　　　　N.C. State Bar No. 41251
　　　　　　　　　　　　　　　　　　PARKER POE ADAMS & BERNSTEIN LLP
　　　　　　　　　　　　　　　　　　Bank of America Tower
　　　　　　　　　　　　　　　　　　620 S. Tryon St., Suite 800
　　　　　　　　　　　　　　　　　　Charlotte, NC 28202

Telephone: (704) 372-9000
Facsimile: (704) 334-4706
Email: jasonbenton@parkerpoe.com
Email: danielpeterson@parkerpoe.com
*Attorneys for Defendant James Holder*


/s/ Rachel E. Keen
Rachel E. Keen
N.C. State Bar No. 27777
Sonny S. Haynes
N.C. State Bar No. 41303
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3569
Facsimile: 336-721-3660
Email: rachel.keen@wbd-us.com
Email: sonny.haynes@wbd-us.com
*Attorneys for Defendant Andrew Munday*


/s/ Dorothy V. Kibler
Dorothy V. Kibler
N.C. State Bar No. 13571
CITY OF RALEIGH ATTORNEY'S OFFICE
Post Office Box 590
Raleigh, NC 27602
Telephone: (919) 996-6560
Facsimile: (919) 857-4453
Email: dorothy.kibler@raleighnc.gov

Norwood P. Blanchard, III
N.C. State Bar No. 26470
CROSSLEY MCINTOSH COLLIER HANLEY
    & EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Telephone: 910-762-9711
Facsimile: 910-256-0310
Email: norwood@cmclawfirm.com
*Attorneys for Defendant City of Raleigh*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 1st day of April, 2022.

        /s/ Jason R. Benton
        Jason R. Benton
        N.C. State Bar No. 27710
        Daniel E. Peterson
        N.C. State Bar No. 41251
        PARKER POE ADAMS & BERNSTEIN LLP
        Bank of America Tower
        620 S. Tryon St., Suite 800
        Charlotte, NC 28202
        Telephone: (704) 372-9000
        Facsimile: (704) 334-4706
        Email: jasonbenton@parkerpoe.com
        Email: danielpeterson@parkerpoe.com

        *Attorneys for Defendant James Holder*