UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAUL TRUETT CANADY, II )<br>*Administrator for the Estate of Jimmie* )<br>*Andrew Underwood, d/b/a James Blackmon,* )<br>*a/k/a James Blackman, a/k/a Jimmy Lee* )<br>*Hooker* )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　 )<br>JAMES HOLDER, *in his individual* )<br>*capacity,* ANDREW MUNDAY, *in his* )<br>*individual capacity* and )<br>CITY OF RALEIGH 　　　　　　　　　 )<br>　　　　　Defendants. )  | **JUDGMENT**<br><br>5:20-CV-524-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to dismiss without prejudice and defendants' motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 2022, and for the reasons set forth more specifically therein, plaintiff's motion to dismiss is GRANTED and defendants' motions for judgment on the pleadings are DENIED AS MOOT. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on July 8, 2022, and Copies To:**
Sonya Pfeiffer / Robert S. Mahler / David S. Rudolf (via CM/ECF Notice of Electronic Filing)
Daniel Edward Peterson / Jason R. Benton (via CM/ECF Notice of Electronic Filing)
Rachel E. Keen / Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)
Dorothy V. Kibler / Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)

July 8, 2022　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk